Motion Granted; Appeal Dismissed and Memorandum
Opinion filed May 24, 2011.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00255-CV

____________

 

TINA V. PORTER AND BRIAN L. PORTER, Appellants

 

V.

 

TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES,
Appellees

 

 



On Appeal from the 313th District Court

Harris County, Texas

Trial Court Cause No. 2010-81214

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed December 29, 2010.  On May 17, 2011, appellants
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Chief Justice Hedges, and Justices
Seymore and Boyce.